# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00320-CR

**Javier Cabrera Moya, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-263, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Javier Cabrera Moya appeals from his open plea of guilty to the first-degree felony offense of possession with intent to deliver a controlled substance in penalty group 1 (methamphetamine), 400 grams or more, enhanced by his pleading of true to prior felony convictions. *See* Tex. Health & Safety Code §§ 481.102(6), 481.112(f). After a hearing, the trial court assessed punishment at 58 years and 310 days of imprisonment. The trial court certified Moya's right to appeal the question of punishment.

Moya's court-appointed attorney has filed a motion to withdraw supported by a brief addressing this appeal and concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the record in this cause demonstrating why there are no arguable appellate grounds to be advanced. *See id.*; *see also Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*,

573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553, 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Counsel sent a copy of the brief to Moya and advised him of his right to examine the appellate record in this cause and to file a pro se brief. *See Anders*, 386 U.S. at 744. Moya did not file a pro se brief and did not request an extension of time to do so.

We have reviewed the record in this cause and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that this appeal is frivolous. Counsel's motion to withdraw is granted. The judgment of conviction is affirmed.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Affirmed

Filed: February 14, 2014

Do Not Publish

2